FILE COPY



# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

October 6, 2015

Donald Aekins
TDCJ # 01820499
Connally Unit
899 FM 632
Kenedy, TX 78119

**RE:** Case Number: 07-15-00139-CR and 07-15-00293-CR
Trial Court Case Number: D-1-DC-12-904056

**Style:** In re Donald Aekins

Dear Mr. Aekins:

As requested, please find enclosed a copy of the State's response.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc: Rosemary Lehmberg (DELIVERED VIA E-MAIL)